UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOYCE PLOCK, et al.,

        Plaintiffs,

v.

FAMILY PRACTICE CENTER OF HYDE PARK, et al.,

        Defendants.
-----------------------------------------------------------x

**ORDER OF DISMISSAL**

21-CV-05602 (PMH)

      On June 28, 2021, plaintiffs Joyce Plock and John Plock commenced the instant action against defendants Family Practice Center of Hyde Park or Community Health Center d/b/a Family Practice Center of Hyde Park and Dorothy E. Page, M.D. (*See* Doc. 1). Plaintiffs' complaint was re-filed on June 30, 2021. (Doc. 2). Since then, there has been no subsequent, substantive action in this case. Indeed, plaintiffs have not sought the issuance of summonses.

      On September 29, 2021, the Court issued an Order warning plaintiffs that this action will be dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m), unless, on or before October 8, 2021, plaintiffs filed proof of service indicating that defendants were served on or before September 28, 2021, or showed cause in writing for their failure to comply with Rule 4(m). (Doc. 4).

      To date, plaintiffs have failed to respond to the September 29 Order. Accordingly, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(m).

      The Clerk of Court is instructed to close this case.

SO ORDERED:

Dated: White Plains, New York
       October 12, 2021

                                                     _____
                                                      Philip M. Halpern
                                                      United States District Judge